NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HAROLD V. DAVIS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7063

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-1771, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**O R D E R**

Harold V. Davis files a motion seeking dismissal of his appeal to this court, in response to a previous order directing the parties to show cause why this appeal should not be dismissed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) All other pending motions are moot.


											FOR THE COURT


**MAR 1 1 2011**							/s/ Jan Horbaly
Date									Jan Horbaly
										Clerk


											**FILED**
									**U.S. COURT OF APPEALS FOR**
									**THE FEDERAL CIRCUIT**

cc: Harold V. Davis
	Renee Gerber, Esq.							**MAR 1 1 2011**

s23										**JAN HORBALY**
											**CLERK**

Issued As A Mandate:  **MAR 1 1 2011**